UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAYNE CERULLI,

                              Plaintiff,

  -against-

COMMISSIONER MARIETTA S. GAILOR;
COMMISSIONER LIVIA LAZZARI;
COMMISSIONER JAMES B. FERGUSON,

                              Defendants.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 3898 (ARR)

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 16, 2009, granting defendants' motion for summary judgment; and dismissing the complaint; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that the complaint is dismissed.

Dated: Brooklyn, New York
       December 16, 2009

                                                              /S/
                                               ROBERT C. HEINEMANN
                                               Clerk of Court